IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00700-AP

TIMOTHY R. WARREN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Jan A. Larsen | David M. Gaouette |
| 155 Boardwalk Drive, Suite 400 | United States Attorney |
| Fort Collins, CO  80525 | |
| (970) 206-4633 | Kevin T. Traskos |
| (970) 377-1957 (facsimile) | Deputy Civil Chief |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   | | | |
   |---|---|---|
   | A. | Date Complaint was filed: | August 12, 2009 |
   | B. | Date Complaint was served on U.S. Attorney's Office: | April 5, 2010 |
   | C. | Date Answer and Administrative Record were filed: | June 30, 2010 |

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

   None.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

   None.

7. OTHER MATTERS

   None.

8. BRIEFING SCHEDULE

   | | | |
   |---|---|---|
   | A. | Plaintiff's opening brief due | August 27, 2010 |
   | B. | Defendant's response brief due | September 27, 2010 |
   | C. | Plaintiff's reply brief (if any) due | October 11, 2010 |

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff requests oral argument. Oral argument is necessary to provide the court with full opportunity to know the parties' respective positions.

   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 20th day of July, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Jan A. Larsen<br>Jan A. Larsen, Esq.<br>155 E. Boardwalk Drive, Suite 400<br>Fort Collins, Colorado 80525<br>970-206-4633<br>jalarsen8@gmail.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN T. TRASKOS<br>Deputy Civil Chief<br>United States Attorney's Office<br>District of Colorado<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |